1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                  No. 2:25-cv-00080-WBS-CSK

      IN RE:  STEVEN WAYNE BONILLA
12                                                  No. 2:25-cv-00081-WBS-CSK

13                                                  No. 2:25-cv-00084-WBS-CSK

14                                                  No. 2:25-cv-00085-WBS-CSK

15                                                  No. 2:25-cv-00115-WBS-CSK

16                                                  No. 2:25-cv-00117-WBS-CSK

17                                                  No. 2:25-cv-00119-WBS-CSK

18                                                  No. 2:25-cv-00120-WBS-CSK

19                                                  No. 2:25-cv-00121-WBS-CSK

20                                                  No. 2:25-cv-00123-WBS-CSK

21

22                                                  **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26    above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27    litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                                    1

1    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3    the Court to open a new case for each attempted new pleading and assign it to the Court for

4    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

8         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00080, 2:25-cv-00081, 2:25-cv-

9    00084, 2:25-cv-00085, 2:25-cv-00115, 2:25-cv-00117, 2:25-cv-00119, 2:25-cv-00120, 2:25-cv-

10   00121 and 2:25-cv-00123 are DISMISSED; the Clerk of the Court is directed to close these cases.

11   No further filings will be accepted.

12   Dated:  January 23, 2025

13   _____
     WILLIAM B. SHUBB
14   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26   [1] In the captions of 2:25-cv-00080 and 2:25-cv-00085, plaintiff names the Kings County Superior
     Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United
27   States District Court for the Eastern District of California, this Court finds that the claims raised
     in 2:25-cv-00080 and 2:25-cv-00085 are related to Plaintiff's Alameda County criminal
28   conviction.

2